# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| JEROME W. JAMES, #288382, | ) | C/A No. 0:08-4079 DCN |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SOUTH CAROLINA DEPARTMENT OF | ) | |
| CORRECTIONS; WARDEN OF LEE | ) | |
| CORRECTIONAL INSTITUTION, | ) | |
| | ) | |
| Respondents. | ) | |

The above referenced case is before this court upon the magistrate judge's recommendation that respondents' motion for summary judgment be granted and petitioner's motion for summary judgment be denied.

This court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S.

1208 (1984 ).[1]   Objections to the magistrate judge's report and recommendation were

timely filed on January 20, 2010.

A <u>de novo</u> review of the record indicates that the magistrate judge's report

accurately summarizes this case and the applicable law.  Accordingly, the magistrate

judge's report and recommendation is **AFFIRMED,** respondents' motion for summary

judgment is **GRANTED**, and petitioner's motion for summary judgment is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied because

petitioner has failed to make "a substantial showing of the denial of a constitutional right."

28 U.S.C. § 2253(b)(2).

**AND IT IS SO ORDERED.**

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina
January 22, 2010

<u>*NOTICE OF RIGHT TO APPEAL*</u>
The parties are hereby notified that any  right to appeal this Order is governed by
Rules 3 and 4 of the Federal Rules of Appellate Procedure

---

[1]In <u>Wright v. Collins</u>, 766 F.2d 841 (4th Cir. 1985), the court held "that a <u>pro se</u> litigant
must receive fair notification of the <u>consequences</u> of failure to object to a magistrate judge's
report before such a procedural default will result in waiver of the right to appeal.  The notice
must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him
of what is required.'" <u>Id.</u> at 846.  Plaintiff was advised in a clear manner that his objections
had to be filed within ten (10) days, and he received notice of the <u>consequences</u> at the
appellate level of his failure to object to the magistrate judge's report.